OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed.
 

 As the Appellate Division properly concluded, defendant was not entitled to a missing witness charge
 
 (see, People v Gonzalez,
 
 68 NY2d 424). The issue of reasonable suspicion is a mixed question of law and fact and, inasmuch as there is evidence in the record to support the lower courts’ determina
 
 *937
 
 tion, this court’s review is at an end
 
 (see, People v Castro,
 
 70 NY2d 943, 945). Defendant’s remaining arguments are unpreserved.
 

 Chief Judge Wachtler and Judges Simons, Kaye, Alexander, Titone, Hancock, Jr., and Bellacosa concur.
 

 On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order affirmed in a memorandum.